1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA BETH KANE (CABN 150630)
   Chief, Criminal Division
4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone:  (510) 637-3740
7       Facsimile:  (510) 637-3724
        E-Mail:     Joshua.Hill2@usdoj.gov
8
9  Attorneys for Plaintiff

10                      UNITED STATES DISTRICT COURT
11                     NORTHERN DISTRICT OF CALIFORNIA
12                              OAKLAND DIVISION

13 | UNITED STATES OF AMERICA, | ) | No. CR-10-0541-CW
   |                           | ) |
14 |         Plaintiff,        | ) | STIPULATION AND ORDER TO
   |                           | ) | CONTINUE STATUS CONFERENCE
15 |         v.                | ) | AND EXCLUDE TIME UNDER THE
   |                           | ) | SPEEDY TRIAL ACT AS TO
16 | DENAE HARTSINCK,          | ) | DEFENDANT HARTSINCK
   |                           | ) |
17 |                           | ) |
   |         Defendant.        | ) |
18 |_____| ) |

19     IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its
20 attorney, Joshua Hill, and the defendant Denae Hartsinck through her undersigned attorney that
21 the status hearing presently set for March 9, 2011, be continued to April 5, 2011 at 9:30 a.m. for
22 arraignment on the superseding indictment.  This continuance applies only to defendant
23 Hartsinck.  The parties continue to review discovery and conduct necessary investigation.  In
24 addition, counsel for the government has been in a trial for two weeks and has been unable to
25 discuss a potential resolution of the case.  The parties agree that the delay is not attributable to
26 lack of diligent preparation on the part of the attorney for the government or defense counsel.
27 For these reasons, the parties request that time under the Speedy Trial Act be excluded based on
28

STIPULATION AND ORDER
CR-10-0541-CW

the need for reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for continuity of counsel.  The parties agree that the waiver covers all time between the date of this stipulation and April 5, 2011.

IT IS SO STIPULATED:

Dated: March 8, 2011
/S/
ED SWANSON
Swanson & McNamara LLP
*Attorney for Hartsinck*

Dated: March 8, 2011
/S/
JOSHUA HILL
Assistant United States Attorney

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter now scheduled for March 9, 2011 is hereby rescheduled for April 5, 2011 at 9:30 a.m. for status only as to defendant Denae Hartsinck.  Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between March 9, 2011 and April 5, 2011 would unreasonably deny the government and the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between March 9, 2011 and April 5, 2011 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, it is hereby ordered that the time between March 9, 2011 and April 5, 2011 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: March 8, 2011

HONORABLE DONNA M. RYU
United States Magistrate Judge