IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DENAE CHELSEA HARTSNICK,<br><br>    Defendant.<br>                                       / | No. CR 10-00541-02 CW<br><br>ORDER ADOPTING<br>MAGISTRATE JUDGE'S<br>REPORT AND<br>RECOMMENDATION<br>REGARDING GUILTY PLEA |

The Court has reviewed Magistrate Judge Beeler's Report and Recommendation Regarding Guilty Plea and adopts the Recommendation in every respect.  Accordingly,

Defendant Denae Chelsea Hartsnick's plea of guilty is accepted by the Court as to Count One (1) of the superseding indictment charging Defendant Denae Chelsea Hartsnick with Assault on a Federal Officer and Aiding and Abetting in violation of U.S.C. § 111(a), 111(a)&2.  Sentencing is set for July 27, 2011 at 2:00 p.m. The Defendant is referred to the U.S. Probation Office for preparation of a Presentence Report.

Dated: 6/13/2011

_____
CLAUDIA WILKEN
United States District Judge

cc:  LB; Sue