Edward W. Swanson, SBN 159859
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendant DENAE HARTSINCK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DENAE HARTSINCK,<br><br>Defendant. | Case No.   CR 10-00541 CW (DMR)<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO RELEASE DEFENDANT<br>FROM CUSTODY** |

On May 2, 2014, Ms. Hartsinck was ordered into custody by the Court in connection with a probation violation. She is currently being held at Santa Rita County Jail. On May 13, 2014 Ms. Hartsinck was accepted into Center Point's residential drug treatment program located at 1601 2nd Street, San Rafael, California. She is scheduled to begin the program on Thursday, May 15, 2014 and must arrive at the facility between 12:30 and 1:00 PM.

\ \ \

For those reasons the parties hereby stipulate and respectfully request that Ms. Hartsinck be released from custody on the morning of May 15, 2014. United States Probation Officer Constance Cook has no objections to the parties' request.

IT IS SO STIPULATED.

Dated: May 14, 2014                           /s/
                                              Edward W. Swanson
                                              SWANSON & McNAMARA LLP
                                              Attorneys for DENAE HARTSINCK

Dated: May 14, 2014                           /s/
                                              Andrew Huang
                                              Assistant United States Attorney

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Ms. Hartsinck's status conference, scheduled for May 16, 2014, be removed from the Court's calendar. Ms. Hartsinck must report directly to Center Point upon her release.

Dated: __5/14/14__                            _____
                                              HON. DONNA M. RYU
                                              United States Magistrate Judge

**Stipulation and [Proposed] Order To Release Defendant from Custody**
*United States v. Hartsinck*, CR 10-00541 DMR [CW]